UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
# DONALD C. NUGENT
United States District Judge

DATE: September 21, 2017

CASE NO. 1:17 CR 236

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

IC LINK INDUSTRIES, LTD.
MOHANNAD KHAZRAI SHANEIVAR

AREZOO HASHEMNEJAD ALAMDARI,
PARISA MOHAMADI,

APPEARANCES: Plaintiff: Matthew Shepherd, Esq./Michelle Baeppler, Esq.

Defendant: Joseph Morse, Esq.

PROCEEDINGS: P.T. held w/ all counsel present. Only dft MOHAMADI has been arrested. The Dft's SHANEIVAR + ALAMDARI are both in CANADA — IC Link is Canadian company — P.T. re-set 10/6/17 @ 10:00 AM for STW + P.T.

*/s/ Donald C. Nugent* 9/21/17

Length of Proceedings: 20 MIN